NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
SHAHEEN P. TORGOLEY
BRETT RUFF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6281
Fax: 702.388.6418
Shaheen. Torgoley@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADALI ARNULFO ESCALANTE-TRUJILLO, <br><br> also known as "Buchaca," <br><br> ET AL., <br><br> Defendants. | Case No. 2:20-cr-156-RFB-DJA <br><br> **Government's Motion to Unseal Case** |

COMES NOW the United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney, SHAHEEN P. TORGOLEY, Assistant United States Attorney, and BRETT RUFF, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the Criminal Indictment and all subsequent and further proceedings in the above-captioned case. Specifically, the United States asks the Court to unseal the indictment, effective on the morning of Tuesday, July 14, 2020.

Defendant Adali Arnulfo Escalante-Trujillo, aka "Buchaca," and other defendants named in the indictment will be arrested early on the morning of Tuesday, July 14, 2020. Of thirteen defendants charged in this matter, one is in ICE custody, while the remaining are located in both Nevada and California. The government expects approximately half of the defendants to be located for arrest in the District of Nevada and the other half in the Central District of California.

The need for keeping the case sealed will have expired upon the arrest of the defendants. A taskforce of federal and state agents will have arrested many, if not all defendants, before 6 AM on Tuesday, July 14, 2020. Therefore, the matter will no longer need to be sealed as of the opening of Court business on July 14, 2020.

In conclusion, the Government respectfully moves to have the criminal case unsealed in its entirety, effective Tuesday, July 14, 2020,.

Dated this the 13th day of July, 2020.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/
SHAHEEN P TORGOLEY
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADALI ARNULFO ESCALANTE-TRUJILLO,<br><br>  also known as "Buchaca,"<br><br>ET AL.,<br><br>  Defendants. | Case No. 2:20-cr-156-RFB-DJA<br><br>**ORDER TO UNSEAL** |

Based on the Motion of the Government, and good cause appearing therefore, it is hereby ordered that the Indictment filed in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed, effective July 14, 2020.

IT IS SO ORDERED.

DATED this ____13th____ day of July, 2020.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3