THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada  89148
Telephone:  (702) 835-1542
Facsimile:  (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Adali Arnulfu Escalante-Trujillo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>Adali Arnulfo Escalante-Trujillo<br><br>        Defendant. | Case No. 2:20-cr-00156-RFB-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING [ECF NO. 401]**<br>(First Request) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Jason M. Frierson, United States Attorney, through Jacob Operskalski, Assistant United States Attorney, and Maysoun Fletcher, counsel for Adali Arnulfo Escalante-Trujillo, that the status conference hearing scheduled for June 6, 2023, at 2:15 p.m. be vacated and continued to a date and time convenient for the Court during the week of June 26-29, 2023.

This Stipulation is entered into for the following reasons:

1. Counsel for the defense and United States are not available on June 6, 2023 and have conferred and are all available the week of June 26-29, 2023.

2. Defendant Escalante-Trujillo is in custody and does not oppose this request.

3. This is the first request for continuance.

DATED this 2nd day of June, 2023.


Jason M. Frierson
United States Attorney

*/s/ Jacob Operskalski*                          */s/ Maysoun Fletcher*
Jacob Operskalski, Esq.                          Maysoun Fletcher, Esq.
Assistant United States Attorney                 Attorney for Defendant Escalante-Trujillo

THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada  89148
Telephone:  (702) 835-1542
Facsimile:  (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Adali Arnulfu Escalante-Trujillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00156-RFB-DJA |
| Plaintiff, | |
| v. | |
| Adali Arnulfo Escalante-Trujillo | |
| Defendant. | |

**<u>FINDINGS OF FACTS</u>**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for the defense and United States are not available on June 6, 2023 and have conferred and are all available the week of June 26-29, 2023.

2. Defendant Escalante-Trujillo is in custody and does not oppose this request.

3. This is the first request for continuance.

**<u>CONCLUSIONS OF LAW</u>**

1.      Denial of this request for continuance would likely result in a miscarriage of justice;

1

<u>**ORDER**</u>

2

     **IT IS HEREBY ORDERED** that the status conference hearing scheduled for June 6,

3

2023 at 2:15 p.m. be vacated and continued to July 7, 2023 at 2:30 pm

4

5

    Dated this the 5th day of June, 2023.

6

_____

7

HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26