JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jacob.Operskalski@usdoj.gov
Joshua.Brister@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | **Stipulation to Continue Government Response Deadline** |
| v. | |
| Adali Arnulfo Escalante-Trujillo, | |
| Defendants. | |

The parties, by and through the undersigned, respectfully request that the Court continue the government's deadline to respond to Escalante-Trujillo's "Motion to Dismiss for Spoilation of Evidence," ECF Doc. 572, until December 21, 2023.

Respectfully submitted this 8th day of December, 2023.

JASON M. FRIERSON
United States Attorney
*s/ Jacob H. Operskalski*
JACOB H. OPERSKALSKI
Assistant United States Attorney

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24

*Maysoun Hetcher and Chris T. Rasmussen*
MAYSOUN FLETCHER AND CHRIS T. RASMUSSEN
COUNSEL FOR ADALI ARNULFO ESCALANTE-TRUJILLO

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | **Order Approving Stipulation to Continue Government Response Deadline** |
| v. | |
| Adali Arnulfo Escalante-Trujillo, | |
| Defendants. | |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

1. The government shall respond to Escalante-Trujillo's "Motion to Dismiss for Spoilation of Evidence," ECF Doc. 572, on or before December 21, 2023.

DATED this 11th day of December, 2023.

HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE