JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jacob.Operskalski@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADALI ARNULFO ESCALANTE-TRUJILLO,<br><br>Defendant. | Case No. 2:20-cr-00156-RFB-DJA<br><br>Government's Motion for Leave to Dismiss Indictment Without Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) |

The United States of America requests leave of Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss without prejudice the Criminal Indictment filed on July 8, 2020, ECF Doc. 1, as to defendant Adali Arnulfo Escalante-Trujillo.

\\

\\

\\

1

The government has recently learned about events that cast doubt on the credibility of a government witness who is integral to prosecution of this defendant. In the interests of justice, the United States of America seeks to dismiss the pending indictment as to this defendant.

The defendant is detained pending trial.

Respectfully submitted March 28, 2024.

        JASON M. FRIERSON
        United States Attorney

        */s/ Jacob H. Operskalski*
        JACOB H. OPERSKALSKI
        JOSHUA BRISTER
        DANIEL R. SCHIESS
        Assistant United States Attorneys

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ADALI ARNULFO ESCALANTE-TRUJILLO,<br><br>  Defendant. | Case No. 2:20-cr-00156-RFB-DJA<br><br>[PROPOSED] ORDER of Dismissal |

This matter coming before the Court on the Government's Motion for Leave to Dismiss the Indictment as to Adali Arnulfo Escalante-Trujillo without prejudice pursuant to Federal Rule of Criminal Procedure 48(a), the Court having considered the premises therein and good cause showing, the Motion is GRANTED.

It is therefore ORDERED that the Indictment is dismissed as to Adali Arnulfo Escalante-Trujillo without prejudice. The Defendant is ordered released immediately.

DATED this <u>29th</u> day of March, 2024.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1